# UNITED STATES DISTRICT COURT
Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Joseph Cesar Trejo  **Docket Number:**  0972 2:00CR00445-03

**Name of Judicial Officer**:  United States District Judge John A. Mendez

**Date of Original Sentence:**  6/28/2001

**Original Offense:** 21 U.S.C. § 846 and 841 (a) (1) - Conspiracy to Distribute Methamphetamine and to Possess With the Intent to Distribute Methamphetamine **(CLASS A FELONY)**

**Original Sentence:** 120 months BOP; 60 months TSR; $100 SA

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Aftercare Co-payment
Registration (drug)
Gang Associations

**Type of Supervision:**  TSR

**Date Supervision Commenced:**  12/4/2009

**Other Court Actions:**  None

RE: **Joseph Cesar Trejo**                    Docket Number: 0972 2:00CR00445-03

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

>The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** The defendant's supervised released commenced on December 4, 2009. Since that date, there have been no reported violations to the Court. Earlier this year, the defendant began drinking alcohol to sleep at night. He reported his alcohol use has increased and he is drinking heavily. On two separate occasions, the undersigned conducted a home visit only to find the offender under the influence of alcohol. On September 30, 2013, the offender admitted he has an alcohol problem and is willing to abstain from drinking alcohol and visiting places where alcohol is the chief item of sale. Although the offender was afforded the opportunity to attend an inpatient treatment program to treat his alcohol problem, he opted to attend outpatient treatment. He has been placed in weekly counseling and instructed to attend other types of outpatient treatment to help keep him focused. Any other violation conduct will be brought to the Court's attention immediately.

Respectfully submitted,

/s/ Jack C. Roberson

**Jack C. Roberson**
**Supervising United States Probation Officer**
Telephone: (209) 574-9481

**DATED:** 10/8/2013

Reviewed by,

/s/ Terry E. Sherbondy

**Terry E. Sherbondy**
**Deputy Chief United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

                 **/s/ John A. Mendez**
                 **Signature of Judicial Officer**

                 **10/8/2013**
                 **Date**

cc:     United States Probation

        Assistant United States Attorney: Richard J. Bender

        Defense Counsel: Candace Anne Fry